UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRISONERS' LEGAL SERVICES OF NEW YORK, et al.<br><br>                Plaintiffs,<br><br>                v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>                Defendants. | No. 25 Civ. _____<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Prisoners' Legal Services of New York (a private non-governmental party) certifies that Prisoners' Legal Services of New York has no parent corporation and no publicly held corporation owns 10% or more of Prisoners' Legal Services of New York.

       Plaintiff Prisoners' Legal Services of New York is a citizen of New York, where it is incorporated and headquartered.

Dated: March 10, 2025                                  Respectfully submitted,

                                                                     */s/ Tyler Jankauskas*
Tyler Jankauskas
M. Kristin Mace
Jordan Joachim
Casandra Delgado*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
tjankauskas@cov.com
kmace@cov.com
jjoachim@cov.com
cdelgado@cov.com
**pro hac vice forthcoming*

Kerry Battenfeld
Jillian Nowak
PRISONERS' LEGAL SERVICES OF
NEW YORK
41 State St., Ste. M112
Albany, NY 12207
kbattenfeld@plsny.org
jnowak@plsny.org

Sarah T. Gillman
Sarah E. Decker
ROBERT F. KENNEDY HUMAN RIGHTS
88 Pine St., Ste. 801
New York, NY 10005
(646) 289-5593
gillman@rfkhumanrights.org
decker@rfkhumanrights.org

Amy Belsher
NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., Fl. 19
New York, NY 10004
(212) 607-3300
abelsher@nyclu.org

*Counsel for Plaintiffs*

2