```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
          :
PRISONERS' LEGAL SERVICES OF NEW YORK,  :
*et al.*,          :
          :    1:25-cv-1965-GHW
         Plaintiffs,  :
          :        ORDER
     -against-     :
          :
U.S. DEPARTMENT OF HOMELAND SECURITY,  :
*et al.*,         :
          :
         Defendants.  :
          :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court is in receipt of Plaintiffs' April 4, 2025 response to the Court's order to show cause why this case should not be transferred to the Western District of New York. Dkt. Nos. 21–24. The Court will not take further action on the order to show cause at this time. For the avoidance of doubt, the Court has not determined that this case should not be transferred to the Western District of New York. The Court declines to do so now on its own initiative. It will consider any motion to transfer brought by a defendant in this case separately.

       SO ORDERED.

Dated: April 6, 2025
New York, New York
                                                     GREGORY H. WOODS
                                                United States District Judge