

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 17, 2025

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *Prisoners' Legal Services of New York, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 25 Civ. 1965 (GHW)(VF)

Dear Judge Woods:

    This Office represents defendants in the above-referenced matter. We write respectfully on behalf of all parties in accordance with the Court's order dated April 4, 2025 (ECF No. 20), which directed the parties to "discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge." The parties have conferred and not all parties consent to referral of all further proceedings to the magistrate judge.[1]

    We thank the Court for its consideration of this letter.

               Respectfully submitted,

               MATTHEW PODOLSKY
               Acting United States Attorney

           By: /s/ *Christopher K. Connolly*
               CHRISTOPHER K. CONNOLLY
               Assistant United States Attorney
               Tel.: (212) 637-2761

cc: *Plaintiffs' counsel* (by ECF)

---

[1] The parties understand that, separately, the Court has referred this matter to the magistrate judge for general pretrial and motions requiring a report and recommendation. (ECF No. 26).