USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
PRISONERS' LEGAL SERVICES OF NEW YORK, :
*et al.*, :
: 1:25-cv-1965-GHW
Plaintiffs, :
: ORDER
-against- :
:
U.S. DEPARTMENT OF HOMELAND SECURITY, :
*et al.*, :
:
Defendants. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On May 27, 2025, Plaintiffs filed a motion for a preliminary injunction before Judge Woods. Dkt. No. 34 (motion); Dkt. No. 35 (proposed order).  This case is referred to Magistrate Judge Figueredo for general pretrial matters and dispositive motions.  Dkt. No. 26.  Motions for preliminary injunctions are dispositive motions.  *See Savoie v. Merchants Bank*, 84 F.3d 52, 59–60 (2d Cir. 1996); *Mitchell v. Century 21 Rustic Realty*, 233 F. Supp. 2d 418, 430 (E.D.N.Y.), *aff'd*, 45 F. App'x 59 (2d Cir. 2002) (collecting cases).  For the avoidance of doubt, the Court construes Plaintiffs' motion as one made before Judge Figueredo.

      SO ORDERED.

Dated: May 28, 2025
New York, New York

                                    GREGORY H. WOODS
                                 United States District Judge