**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

PRISONERS' LEGAL SERVICES OF
NEW YORK, et al.,

                        Plaintiffs,                **25-CV-1965 (GHW) (VF)**

     -against-                                   **ORDER**

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

                        Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    As discussed at the oral argument for Plaintiffs' pending motion for a preliminary injunction on July 29, 2025, Defendants' answer is due **Tuesday, August 12, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
                July 29, 2025

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge